# FINANCIAL STATEMENT
## NET WORTH

Provide a complete,.current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities; trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household. RobertT P + BEVIND PATTERSON

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| | | | Coop-Lease | | |
| Cash on hand and in banks EST | 1 | 000 — | Notes payable to banks—secured — | 1 20 | 000 — |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | 0 0 |
| | | | Notes payable to relatives | | 0 0 |
| Listed securities—add schedule A+B | 504 | 000 | Notes payable to others PBW+T | 1 373A | 78 |
| Unlisted securities—add schedule R | 350 | 000 | Accounts and bills due | | 0 0 |
| Accounts and notes receivable: | | | Unpaid income tax | | 0 0 |
| Due from relatives and friends | 0 | 0 | Other unpaid tax and interest | | 0 0 |
| Due from others | 0 | 0 | Real estate mortgages payable—add schedule | 0 | 0 |
| Doubtful | 0 | 0 | | | |
| Real estate owned—add schedule C | 3,000 | 000 | Chattel mortgages and other liens payable | 0 | 0 |
| Real estate mortgages receivable | 0 | 0 | Other debts—itemize: | | |
| Autos and other personal property EST | 20 | 000 — | MONTHLY EXPENSES (EST) | 2 | 000 — |
| Cash value—life insurance EST | 50 | 000 | | | |
| Other assets—itemize: | | | INSURANCE Policy Loan (EST) | 37 | 000 |
| IRA ACCOUNTS | 17 | 000 — | | | |
| PARTNERSHIP INTEREST | 81 | 000 | | | |
| PROFIT SHARING (Keogh PLAN) deferred income | 457 | 000 — | Total liabilities | 1 72 33A | 78 |
| Total assets | 4,480 | 000 | Net worth | 4307 251 | 28 |
| | | | Total liabilities and net worth | 4480 000 | 00 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | 0 | 0 | Are any assets pledged? (Add schedule.) No Except Coop loan | | |
| On leases or contracts | 0 | 0 | | | |
| Legal Claims | 0 | 0 | Are you defendant in any suits or legal actions? No | | |
| Provision for Federal Income Tax | 0 | 0 | | | |
| Other special debt | 0 | 0 | Have you ever taken bankruptcy? No | | |

Digitized by Google



**WEISS, PECK & GREER**
INVESTMENTS

ONE NEW YORK PLAZA
NEW YORK 10004
(212) 908-9500

COURTESY OF M. KIMELMAN & CO.

Member
New York Stock Exchange, Inc.
American Stock Exchange, Inc.
and other principal exchanges.

**SIPC**
SECURITIES INVESTOR PROTECTION CORPORATION

**INVESTMENT MANAGER**

CUSTOMER ACCOUNT NO.
047 035506 001

ROBERT P. PATTERSON JR.
ROOM 3500
30 ROCKEFELLER PLAZA
NEW YORK,         NY 10112

| STATEMENT PERIOD | FINANCIAL SUMMARY | | YTD INCOME SUMMARY |
|---|---|---|---|
| BEGINNING 03-26-88 | NET OPENING MONEY BALANCE | NET CLOSING MONEY BALANCE | DIVIDENDS |
| ENDING 04-29-88 | SHORT ACCOUNT OPENING | SHORT ACCOUNT CLOSING | FUND INTEREST |
| PAGE NO. 1 OF 1 | MUTUAL FUND AT CUSTODIAN | ACCOUNT VALUE 157,223.27 | MARGIN INTEREST |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | DESCRIPTION | Trade Symbol | T | PRICE OR ENTRY | AMOUNT CHARGED | AMOUNT CREDITS |
|---|---|---|---|---|---|---|---|---|

### * * * ACTIVITY FOR THIS PERIOD * * *

| 04-22-88 | | | FUNDS WIRED FIDUCIARY | | 1 | CHK | 40000.00 | |
| 04-25-88 | | | EMP TAX FREE RED | | 1 | MMF | | 40000.00 |

### * * * POSITIONS  * * *   MKT PRICE * * *  PORTFOLIO VALUES * * *

| 50000 | MUNICIPAL ASST CORP FOR CITY NEW YORK N Y 7.50% 2-1-95 SER EE CALL 8-1-87 @ 102 | 1 102 | 51000.00 |
|---|---|---|---|
| 25000 | MUNICIPAL ASSISTANCE CORP FOR CITY N Y NY 6.875% 7-1-2007 REGD SER 61 DD 1-1-87 FC 7-1-87 CALL 7-1-97 @ 102 | 1  87 5/8 | 21906.25 |
| 25000 | NEW YORK N Y SER C 7.00% 2-1-2001 REGD DD 12-1-86FC 2-1-87 | 1  93.203 | 23300.75 |
| 25000 | ONONDAGA CNTY N Y 8.00% 12-15-96 CALL 12-15-89@101.75 CALL 12-15-90 @101.5 | 1 103.582 | 25895.50 |
| 25000 | SUFFOLK CNTY N Y AUTH MTRWKS REV 6.30% 6-1-2000 REGD REF SER N DD 11-1-86FC 6-1-87 CALL 6-1-96 @ 102 | 1  92.040 | 23010.00 |

YOUR MONEY MARKET FUND INCL DIV REINVEST
BALANCE AS OF 04/28/1988 IS     - - - -         $12,110.77


Digitized by Google



**WEISS, PECK & GREER**

INVESTMENTS

ONE NEW YORK PLAZA
NEW YORK 10004
(212) 908-9500

COURTESY OF M. KIMELMAN & CO.

Member
New York Stock Exchange, Inc.
American Stock Exchange, Inc.
and other principal exchanges.

**SIPC**
SECURITIES INVESTOR PROTECTION CORPORATION

INVESTMENT MANAGER

CUSTOMER ACCOUNT NO.
047 035506 001

ROBERT P. PATTERSON JR.
ROOM 3500
30 ROCKEFELLER PLAZA
NEW YORK,       NY 10112

| STATEMENT PERIOD | FINANCIAL SUMMARY | | YTD INCOME SUMMARY | |
|---|---|---|---|---|
| BEGINNING 03-26-88 | NET OPENING MONEY BALANCE | NET CLOSING MONEY BALANCE | DIVIDENDS | |
| ENDING 04-29-88 | SHORT ACCOUNT OPENING | SHORT ACCOUNT CLOSING | BOND INTEREST | |
| PAGE NO. 1 OF 1 | MUTUAL FUND AT CUSTODIAN | ACCRUED INT 157,223.27 | MARGIN INTEREST |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | DESCRIPTION | Trans Symbol | | PRICE OR RATE | AMOUNT CHARGED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|---|

* * * ACTIVITY FOR THIS PERIOD * * *

| 04-22-88 | | | FUNDS WIRED FIDUCIARY | 1 | | CHK | 40000.00 | |
| 04-25-88 | | | EMP TAX FREE RED | 1 | | MMF | | 40000.00 |

* * * POSITIONS * * *      MKT PRICE * * *   PORTFOLIO VALUES * * *

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 50000 | | MUNICIPAL ASST CORP FOR CITY NEW YORK N Y 7.50% 2-1-95 SER EE CALL 8-1-87 @ 102 | 1 | 102 | | 51000.00 | |
| | 25000 | | MUNICIPAL ASSISTANCE CORP FOR CITY N Y NY 6.875% 7-1-2007 REGD SER 61 DD 1-1-87 FC 7-1-87 CALL 7-1-97 @ 102 | 1 | 87 5/8 | | 21906.25 | |
| | 25000 | | NEW YORK N Y SER C 7.00% 2-1-2001 REGD DD 12-1-86FC 2-1-87 | 1 | 93.203 | | 23300.75 | |
| | 25000 | | ONONDAGA CNTY N Y 8.00% 12-15-96 CALL 12-15-89@101.75 CALL 12-15-90 @101.5 | 1 | 103.582 | | 25895.50 | |
| | 25000 | | SUFFOLK CNTY N Y AUTH WTRWKS REV 6.30% 6-1-2000 REGD REF SER H DD 11-1-86FC 6-1-87 CALL 6-1-96 @ 102 | 1 | 92.040 | | 23010.00 | |

YOUR MONEY MARKET FUND INCL DIV REINVEST
BALANCE AS OF 04/28/1988 IS      - - - -      $12,110.77

Digitized by Google

SCHEDULE C

**ROBERT P. and BEVIN D. PATTERSON**

## REAL ESTATE OWNED

**Jointly owned family homestead
Cold Spring, NY
Est. $3,000,000**

## UNLISTED SECURITIES

**Shares in Coop Apt. - 55 East End Avenue - owned by
Bevin D. Patterson - Under contract for sale.
Gross price after costs of sale Est. $350,000.**

96-663 - 89 - 33

Digitized by Google

| AO-10<br>Rev. 8/87 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and<br>certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| PATTERSON, ROBERT P., JR. | Proposed Appointment<br>United States District Court | June 15, 1988 |
| **Title**<br>Proposed Appointment<br>United States District Judge | Date of Entry/Nomination/Termination<br>(only if initial or final report) | Reporting Period<br>(Calendar year, or<br>inclusive dates) |

| Home or office address |
|---|
| Home: 55 East End Avenue    Office: 30 Rockefeller Plaza<br>    New York, NY 10028         New York, NY 10112 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 15-16 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE *(No reportable positions)* | |
| Partner | Patterson, Belknap, Webb & Tyler<br>30 Rockefeller Plaza, New York, NY 10112 |
| Real Estate<br>Salesperson (S) | Jonathan McCann & Associates<br>20 East 53rd St., New York, NY 10022 |
| Plus RIDER A | |

## II. AGREEMENTS. *(Reporting individual only; see p. 17 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE *(No reportable agreements)* | |
| January 1, 1988 | Partners of Patterson, Belknap, Webb & Tyler Partnership<br>Agreement (share of income and termination rights) |
| November 1, 1975 | Partners of Patterson, Belknap, Webb & Tyler Pension<br>(agreement on deferred income and retirement rights) |
| 1988 | Partners of Patterson, Belknap, Webb & Tyler (Severance<br>Agreement to be negotiated) |

## III. NON-INVESTMENT INCOME. *(Partial disclosure for spouse; see pp. 18-20 of Instructions.)*

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE *(No reportable non-investment income)* | | |
| 1 | Patterson, Belknap, Webb & Tyler | $ 229,118 |
| 2 | Jonathan McCann & Associates (S) | $ 42,064 |
| 3 | See Rider B (Payments received and endorsed over to<br>          Patterson, Belknap, Webb & Tyler) | $ 45,804.54 |
| 4 | | $ |
| 5 | | $ |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERT P. PATTERSON, JR. | June 15, 1988 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Not applicable | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. *(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Patterson, Belknap, Webb & Tyler | Loan - PBW&T Profit Sharing Plan | L |
| Chemical Bank | Coop Loan | O |
| John Hancock, New England Life, National Life Insurance, | Insurance Policy loans | M |
| Veterans Administration | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT P. PATTERSON, JR. | Date of Report<br>June 15, 1988 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--income, value, transactions. *(Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during period | | C.<br>Gross value at<br>end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code[1]<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code[2]<br>(J-P) | Value<br>Method<br>Code[3]<br>(Q-W) | Type<br>(e.g., sold) | If not exempt from disclosure | | | |
| | | | | | | Date:<br>Month-<br>Day | Value<br>Code[2]<br>(J-P) | Gain<br>Code[1]<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Patterson, Belknap, Webb & Tyler Profit Sharing Plan for Partners and Staff Members (H) | -- | | P | T | | | | | |
| 2. Patterson, Belknap, Webb & Tyler Capital | | | N | T | | | | | |
| 3. Weiss Peck & Greer (H) | E | Int. | O | T | | | | | |
| 4. Weiss Peck & Greer (S) | F | Int.<br>Div. | P | T | | | | | |
| 5. Coop Apt. - 55 East End Avenue (S) | A | -- | P | W | | | | | |
| 6. Fair Oaks Farm Cold Spring, NY (#3/5) | A | -- | P | W | | | | | |
| 7. IRA Accounts (H)+(S) | B | | J | U | | | | | |
| M. Kimelman & Co. Schedules A & B Attached as Rider C | | | | | Rider C | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

[1] Income/Gain Codes: A = exempt ($0 to $100)   B = $101 to $1,000   C = $1,001 to $2,500   D = $2,501 to $5,000
E = $5,001 to $15,000   F = $15,001 to $50,000   G = $50,001 to $100,000   H = over $100,000
[2] Value Codes: J = exempt ($0 to $1,000)   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000
[3] Value Method Codes: Q = Appraisal   R = Cost (real estate only)   S = Assessed value   T = Cash/market
U = Book value   V = Other   W = Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERT P. PATTERSON, JR. | June 15, 1988 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. *(Indicate section of Report.)*

☐      Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____  Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

1. *Mail signed original and 4 additional copies to:*     *Judicial Ethics Committee*
   *Administrative Office of the*
   *United States Courts*
   *Washington, DC 20544*

2. *Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)*


Digitized by Google